379 A.2d 583

Commonwealth v. Davis, Appellant.

Submitted April 11, 1977. William M. Panella, Assistant Public Defender, for appellant; No appearance entered nor brief submitted for Commonwealth, appellee.

Judgment of sentence affirmed.

594

HOFFMAN, J., dissents based on *Commonwealth v. Riggins,* 474 Pa. 115, 377 A.2d 140 (1977).